# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2559
LT Case No. 2021-CF-001635-A-X

_____

DWRON KENYON ROBINSON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa  Herndon, Judge.

Matthew J. Metz, Public Defender, and
Ali L. Hansen, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Stephen R. Putnam, Jr., Assistant Attorney General,
Daytona Beach, for Appellee.


August 29, 2023

PER CURIAM

   AFFIRMED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____